MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Activision Publishing, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ACTIVISION PUBLISHING, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY FANTANO, an individual,<br><br>  Defendant. | CASE NO. 2:23-cv-05989-MCS (RAOx)<br><br>Assigned to Judge Mark C. Scarsi<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |
|---|---|

Mitchell
Silberberg &
Knupp LLP

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Activision Publishing, Inc. hereby dismisses this entire action, including, without limitation, all claims alleged therein, with prejudice.

DATED: August 10, 2023

MARC E. MAYER
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
*Attorneys for Activision Publishing, Inc.*